UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WIDE EYES MARKETING LTD., | Civil Action No. 1:11-cv-11028 |
| Plaintiff, | |
| v. | |
| AQUA LEISURE INDUSTRIES, INC. and TOYS "R" US, INC., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Wide Eyes Marketing Ltd. hereby voluntarily dismisses the above-referenced action without prejudice and without costs.

                                              Respectfully submitted,

                                              WIDE EYES MARKETING LTD.
                                              By its Attorneys,

                                              /s/ Lee Carl Bromberg
                                              Lee Carl Bromberg (BBO # 058480)
                                              Email: lbromberg@mccarter.com
                                              Bonnie A. Vanzler (BBO # 672515)
                                              Email: bvanzler@mccarter.com
                                              McCARTER & ENGLISH, LLP
                                              265 Franklin Street
                                              Boston, Massachusetts  02110
                                              Tel: (617) 449-6500
                                              Fax: (617) 607-9200

Dated: July 28, 2011

**CERTIFICATE OF SERVICE**

    I certify that, on July 28, 2011, a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Lee Carl Bromberg